# Court of Appeals
# of the State of Georgia

ATLANTA,  January 17, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1000. CASEY ATES v. ANNIE DORIS HOLDER et al.**

Prisoner Casey Ates filed an original mandamus petition in this Court.  Ates seeks  mandamus relief against the probate court for allegedly refusing to file a will. "Generally, the superior courts of this state have the power, in proper cases, to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction, and hence the need to resort to the appellate courts for such relief by petition filed in the appellate courts will be extremely rare." *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983).  This is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction.  See *Gay v. Owens*, 292 Ga. 480, 483 (2) (738 SE2d 614) (2013).  Rather, Ates must first seek mandamus relief in the superior court. See *Graham v. Cavender*, 252 Ga. 123, 123 (311 SE2d 832) (1984).  Accordingly,  Ates's  petition  for  writ  of  mandamus  is  hereby DISMISSED. See id.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  01/17/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.